IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANITA HOCHENDONER; EARL HOCHENDONER; ANITA BOVA; JOSEPH M. CARIK; BARBARA J. CARIK; AMBER BRITTON; SHAWN BRITTON; CHERYL BRITTON; THOMAS OLSZEWSKI; DARLENE COOKINGHAM; and DAVID ROBERTS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENZYME CORPORATION; and MOUNT SINAI SCHOOL OF MEDICINE OF THE CITY UNIVERSITY OF NEW YORK,<br><br>Defendants. | Civil Action No. 2:11-CV-00313-CB |

**DEFENDANTS' MOTION TO (A) DISMISS AS TO DEFENDANT MOUNT SINAI SCHOOL OF MEDICINE FOR LACK OF PERSONAL JURISDICTION, (B) DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, AND (C) TRANSFER ANY SURVIVING CLAIMS TO MASSACHUSETTS**

Defendants Genzyme Corporation and Mount Sinai School of Medicine ("Mt. Sinai") hereby move (a) to dismiss Mt. Sinai for lack of personal jurisdiction; (b) to dismiss all claims for failure to state a claim upon which relief can be granted; and (c) to transfer any surviving claims to the United States District Court for the District of Massachusetts. The grounds for this Motion are set forth in the accompanying Brief, which is incorporated herein by reference.

Oral argument is requested.

Respectfully submitted,

Dated: April 4, 2011

By: */s/ Keith E. Whitson*
John K. Gisleson (PA ID 62511)
Keith E. Whitson (PA ID 69656)
Emily M. Ayoub (PA ID 204891)
SCHNADER HARRISON SEGAL & LEWIS LLP
2700 Fifth Avenue Place
120 Fifth Avenue
Pittsburgh, PA 15222
(412) 577-5200
Fax: (412) 577-5190

*Of counsel*:

Joan A. Lukey
Catherine A. Mondell
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600