IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANITA HOCHENDONER; EARL HOCHENDONER; ANITA BOVA; JOSEPH M. CARIK; BARBARA J. CARIK; AMBER BRITTON; SHAWN BRITTON; CHERYL BRITTON; THOMAS OLSZEWSKI; DARLENE COOKINGHAM; and DAVID ROBERTS, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GENZYME CORPORATION; and MOUNT SINAI SCHOOL OF MEDICINE OF THE CITY UNIVERSITY OF NEW YORK, <br><br> Defendants. | Civil Action No. 2:11-CV-00313-CB |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
(A) DISMISS AS TO DEFENDANT MOUNT SINAI SCHOOL OF MEDICINE FOR
LACK OF PERSONAL JURISDICTION, (B) DISMISS FOR FAILURE TO STATE
A CLAIM UPON WHICH RELIEF CAN BE GRANTED, AND
(C) TRANSFER ANY SURVIVING CLAIMS TO MASSACHUSETTS**

This _____ day of _____, 2011, upon consideration of Defendants' Motion, and any responses thereto, it is hereby ORDERED that Defendants' Motion is GRANTED.

All claims against Defendant Mt. Sinai are dismissed for lack of personal jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(2). All claims against Defendant Genzyme are dismissed on the grounds that they either fail to state a claim as a matter of law, pursuant to Fed. R. Civ. P.

12(b)(6), or have been insufficiently pled, pursuant to Fed. R. Civ. P. 8. As there are no remaining claims, the request to transfer is mooted.

BY THE COURT:

_____
J.