IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANITA HOCHENDONER; EARL )     CIVIL ACTION NO. 2:11-cv-00313-CB
HOCHENDONER; ANITA BOVA; )
JOSEPH M. CARIK; BARBARA J. CARIK; )
AMBER BRITTON; SHAWN BRITTON; )
CHERYL BRITTON; THOMAS )
OLSZEWSKI; DARLENE )
COOKINGHAM; and DAVID ROBERTS, )
Individually and on behalf of all others )     *Electronically Filed*
similarly situated, )
                         )
          Plaintiffs, )
      v. )
                         )
GENZYME CORPORATION; and MOUNT )
SINAI SCHOOL OF MEDICINE OF THE )
CITY UNIVERSITY OF NEW YORK, )
                         )
         Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2011, a true and correct copy of the foregoing

**Defendants' Motion to (a) Dismiss as to Defendant Mount Sinai School of Medicine for**

**Lack of Personal Jurisdiction, (b) Dismiss for Failure to State a Claim Upon Which Relief**

**Can Be Granted, and (c) Transfer Any Surviving Claims to Massachusetts** was served upon

the following counsel of record by the CM/ECF electronic filing system, to the following:

Matthew L. Kurzweg, Esquire
C. Allen Black, Jr., Esquire
Kurzweg Law Offices
Bruno Building, 5th Floor
945 Liberty Avenue
Pittsburgh, PA   15222

                              /s/Keith E. Whitson
                              Keith E. Whitson