

GENZYME EUROPE BV
GOOIMEER 10
1411 DD NAARDEN
NETHERLANDS
Tel: +31-35-699-1200
Fax: +31-35-694-3214

17-02-2010

*Healthcare Professional Communication – further delay in the supply of Fabrazyme®
(agalsidase beta)*

Dear Healthcare Professional,

In December 2009, Genzyme announced that the production of Fabrazyme had been temporarily suspended and that as a result there was a product shortage. In previous letters, healthcare professionals were recommended to reduce the dose in adult patients to meet a 30 percent supply allocation until end of Q1 2010. Genzyme would like to provide an update on the status of Fabrazyme supply:

- Fabrazyme bioreactor performance has remained at the low end of the historical range of productivity. As a result, Genzyme has not achieved the expected Fabrazyme inventories and **must extend the period of 30 percent Fabrazyme supply allocation until the end of June 2010**.

- The most frequently used treatment schedule for Fabrazyme is one infusion (1 mg/kg body weight) every two weeks. **However, during the current shortage, the treatment recommendations as communicated in the previous DHPC (September 2009) will remain in place until the end of June 2010.**

- **All patients, especially those with adjusted dose regimens should be under close clinical surveillance.** A full medical examination, including all relevant clinical parameters, should be performed every two months. It is of the utmost importance to monitor the plasma GL-3 or urinary GL-3 levels, as for the moment the GL-3 level is the most sensitive parameter. Patients who demonstrate a deterioration of disease should reinitiate the original treatment with Fabrazyme.

Adverse events should be reported in the usual manner and health care professionals are reminded to document batch numbers in the patient record.

Should you require any further information, please contact the Genzyme entity in your country via e-mail UKmedinfo@genzyme.com  or telephone +44 (0) 1865 405283



Yours sincerely,

Carlo Incerti, MD.
Head of R&D Europe